Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

**JUL 0 1 2024**

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Lukeen Gerald

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

See attached #1

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 

Case No. _____
*(to be filled in by the Clerk's Office)*

7:24-cv-00420

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Lukeen Gerald_

All other names by which

you have been known: ___

ID Number _72154-066_

Current Institution

Address _United States Penitentisry Mccreary_

_Pine Knot_      _KY_      _42635_
  City          State      Zip Code

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

  Name _Justin Thurber_

  Job or Title (if known) _Correctional officer_

  Shield Number ___

  Employer _Federal Bureau of Prisons_

  Address

  _Jonesville_      _VA_      _24263_
    City          State      Zip Code

  ☑ Individual capacity      ☑ Official capacity

Defendant No. 2

  Name _J. Gilbert_

  Job or Title (if known) _Compound #1 officer_

  Shield Number ___

  Employer _Federal Bureau of Prisons_

  Address

  _Jonesville_      _VA_      _24263_
    City          State      Zip Code

  ☑ Individual capacity      ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*M. Vinzant*

*Operations Lieutenant*

*Federal Bureau of Persons*

*Jonesville,*    *VA*    *24263*

       City       State       Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

       City       State       Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*5th and 14th amendment*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_5th and 14th amendment_

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

_On 02-23-2023 USP LEE G-unit Staff alley_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On 2-23-23    10:50 P.M

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I got assualted By the USPLee Staff.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have a disable Knee, I'm suffing from Mental distress. physical pain I have not recived any treatment. I alerted medical they have not done anything about it. And the physic has not come to talk with me about the situation. I put paper cop-outin and also I put the on the e-mail.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I would like the court to Awald me 1,000,000 for my mental and physical pain aAd for my ongoing mental distress. and Also for my physicals disabillity's. The lack of medical attention that I been in dier need of. Also Neglecting my Mental health I have been severally affcotive by this. Furmore I would like the court to pursuie crimnal acting agaist all those who is invole in this assualt.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP LEE

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

I cover some Issuse in the grievance Procedure.

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Lee USP   P.O. Box 900   Jonesville, VA 24263

2.   What did you claim in your grievance?

Assault, not following procedures,

3.   What was the result, if any? Didn't send A copy of the BP-10 Response from the Regonal Director.

Re Jection, not provideing copy of DHo report.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I did but I got rejection, DHo didn't give me A copy of my DHo report. I got to the highest level process. I also sent my complant to the Department of Justice. Via e-mail.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, · when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?·

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. ·

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

   Plaintiff(s)   _____

   Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.   Docket or index number

   _____

4.   Name of Judge assigned to your case

   _____

5.   Approximate date of filing lawsuit

   _____

6.   Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff _Lukeen Gerald_____

Prison Identification # _72154-066_____

Prison Address

_Pine Knot,_____ _KY_ _42635_
                    City            State        Zip Code

### B.     For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
        City                State         Zip Code

Telephone Number _____

E-mail Address _____

Attachement: 1

Justin Thurber

J. Gilbert

M. Vinzant

Jhon Doe

Attachement: 2

The defendant's willfully and intentionally violstedingmy rights

Attachement: 3
IV Statement of claims  (D)


On 02-23-2023 at LEE USP (C) unit. Justin Thurber assaulted me by means of punches and kicks. He also took me from A Secure to A unSecure place to do A Search. I Correction officer Justin Thurber also threaten to kill me if I told anyone about the assault. He and other staff member force me to say I didn't have any injurys.


On 02-23-2023 at LEE USP (c) unit J. Gilbert assaulted me by means of punches and kicks. He and other staff took me from A Secure place to A unSecure place to search me. Compound officer J. Gilbert threaten to kill me if I didn't comply with staff orders. while I was in ambulatory restraints he and other officers force me to stay on my knees for hours. J. Gilbert force me to say I didn't have any injurys on the video. He also help other CO's put me in A leg hold.

Attachment: 4
IV Statement of Clams (D)

On 02-23-2024 at LEE USP (c) unit M. Vinzant Operation Lieutenant assaulted me by means of Punches Kicks and A leg hold. He and other officers took me from A Secure place to A unSecure place to Search me. M. Vinzant force me to say I didn't have any injurys and told me if I tell anyone of the assault he will Kill me. He also pulled my hair out one of my dreads. Furthermore He called me names like Nigger Boy.

Attchment # 6

To whom this may Concern,
I'm requesting A informs peuperus form this
Jail do not have any copy of it.

Thanks in
advance!

Lulu M M

Lukeen Gerald
#72154-066
USP McCreary
P.O Box 3000
Pine Knot, KY 42624

**RECEIVED**

JUL 0 1 2024

USDC Clerk's Office
Mail Room



Retail

U.S. POSTAGE PAID
FCM LG ENV
PINE KNOT, KY 42635
JUN 28, 2024

$0.00

RDC 99

24011

R2305K140622-01

UNited States District Court
Cleak of Court
210 Franklin Road Room540
Roanoke, VA 24011